IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MERCK SHARP & DOHME LLC, MSD INTERNATIONAL BUSINESS GMBH, MSD INTERNATIONAL GMBH, PFIZER INC., and PF PRISM IMB B.V.,<br><br>Plaintiffs,<br><br>v.<br><br>AUROBINDO PHARMA LIMITED, et al.,<br><br>Defendants. | C.A. No. 22-377 (GBW)<br>**CONSOLIDATED** |
| MERCK SHARP & DOHME LLC., MSD INTERNATIONAL BUSINESS GMBH, MSD INTERNATIONAL GMBH, PFIZER INC., and PF PRISM IMB B.V.,<br><br>Plaintiffs,<br><br>v.<br><br>HETERO LABS LIMITED, HETERO LABS LIMITED UNIT-V, and HETERO USA INC.,<br><br>Defendants. | C.A. No. 22-378 (GBW) |

**CONSENT JUDGMENT**

Merck Sharp & Dohme LLC, MSD International Business GmbH, MSD International GmbH, Pfizer Inc., and PF PRISM IMB B.V. (collectively "Merck"), and Hetero Labs Limited, Hetero Labs Limited Unit-V, and Hetero USA Inc. (collectively "Hetero"), the parties in the above-captioned action, have agreed to terms and conditions representing a negotiated settlement of the action and have set forth those terms and conditions in a Settlement Agreement (the "Settlement Agreement"). Now the parties, by their respective undersigned attorneys, hereby stipulate and consent to entry of judgment and an injunction in the action, as follows:

IT IS this \_\_\_\_ day of May, 2023:

ORDERED, ADJUDGED AND DECREED as follows:

1. This District Court has jurisdiction over the subject matter of the above actions and has personal jurisdiction over the parties.

2. As used in this Consent Judgment, (i) the term "Hetero Product" shall mean the drug product sold, offered for sale or distributed pursuant to Abbreviated New Drug Application No. 217071 (and defined in greater detail in the Settlement Agreement); (ii) the term "Licensed Patent" shall mean United States Patent Number 8,080,580; and (iii) the term "Affiliate" shall mean any entity or person that, directly or indirectly through one or more intermediaries, controls, is controlled by, or is under common control with Hetero; for purposes of this definition, "control" means (a) ownership, directly or through one or more intermediaries, of (1) more than fifty percent (50%) of the shares of stock entitled to vote for the election of directors, in the case of a corporation, or (2) more than fifty percent (50%) of the equity interests in the case of any other type of legal entity or status as a general partner in any partnership, or (b) any other arrangement whereby an entity or person has the right to elect a majority of the Board of Directors or equivalent governing body of a corporation or other entity or the right to direct the management and policies of a corporation or other entity.

3. Unless otherwise specifically authorized pursuant to the Settlement Agreement, Hetero, including any of its Affiliates, successors and assigns, is enjoined from infringing the Licensed Patent, on its own part or through any Affiliate, by making, having made, using, selling, offering to sell, importing or distributing of the Hetero Product.

4. Compliance with this Consent Judgment may be enforced by Merck and its successors in interest, or assigns, as permitted by the terms of the Settlement Agreement.

5. This District Court retains jurisdiction to enforce or supervise performance under this Consent Judgment and the Settlement Agreement.

6. All claims, counterclaims, affirmative defenses and demands in this action are hereby dismissed with prejudice and without costs, disbursements or attorneys' fees to any party.

We hereby consent to the form and entry of this Order:

| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | SMITH, KATZENSTEIN & JENKINS, LLP |
|---|---|
| */s/ Megan E. Dellinger* | */s/ Neal C. Belgam* |
| Jack B. Blumenfeld (#1014)<br>Megan E. Dellinger (#5739)<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899<br>(302) 658-9200<br>jblumenfeld@morrisnichols.com<br>mdellinger@morrisnichols.com<br><br>*Attorneys for Plaintiffs* | Neal C. Belgam (#2721)<br>1000 West Street, Suite 1501<br>Wilmington, DE 19801<br>(302) 652-8400<br>nbelgam@skjlaw.com<br><br>*Attorneys for Defendant Hetero Labs Limited, Hetero Labs Limited Unit V, and Hetero USA Inc.* |
| OF COUNSEL: | OF COUNSEL: |
| Arlene L. Chow<br>Ernest Yakob<br>LATHAM & WATKINS LLP<br>1271 Avenue of the Americas<br>New York, NY 10020-1401<br>(212) 906-1200<br><br>Adam L. Perlman<br>Rebecca L. Neubauer<br>LATHAM & WATKINS LLP<br>555 Eleventh Street, NW, Suite 1000<br>Washington, D.C. 20004-1304<br>(202) 637-2200 | Dmitry Shelhoff<br>Kenneth S. Canfield<br>Edward D. Pergament<br>Julia S. Kim<br>PERGAMENT & CEPEDA LLP<br>25A Hanover Road, Suite 104<br>Florham Park, NJ 07932<br>(973) 998-7722 |

Alex Grabowski
LATHAM & WATKINS LLP
330 North Wabash Avenue, Suite 2800
Chicago, IL  60611
(312) 876-6556

*Attorneys for Plaintiffs Merck Sharp & Dohme LLC, MSD International Business GmbH, and MSD International GmbH*

May 17, 2023

                                                                                                                            _____
                                                                                                                            The Honorable Gregory B. Williams